**FIRST DIVISION**
**PHIPPS, C. J.,**
**ELLINGTON, P. J., and MCMILLIAN, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**March 30, 2015**

# In the Court of Appeals of Georgia

A14A2084, A14A2085. RASER TECHNOLOGIES, INC. et al. v. MORGAN STANLEY & COMPANY, LLC et al.; and vice versa.

PHIPPS, Chief Judge.

In these cases, the following circumstances exist and are dispositive of the appeals:

(1) The evidence supports the judgments;

(2) The judgments of the court below adequately explain the decisions; and

(3) The issues are controlled adversely to the appellants for the reasons and authority given in the appellees' briefs.

The judgments of the court below therefore are affirmed in accordance with Court of Appeals Rule 36.

*Judgments affirmed in both cases. Ellington, P. J., concurs. McMillian, J., concurs in judgment only.*